UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
|     Plaintiff, | : |
| | : |
| vs. | :   Case No. 2:19-cv-02773-JAR-JPO |
| | : |
| PRIVITERA REALTY HOLDINGS, L.L.C., | : |
| a Missouri limited liability company; and | : |
| | : |
| COSENTINO GROUP, INC., a Kansas | : |
| corporation; | : |
| | : |
|     Defendants. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT COSENTINO GROUP, INC.**

Plaintiff and Defendants, by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant COSENTINO GROUP, INC. with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the Plaintiff and Defendant COSENTINO GROUP, INC. have entered into a Settlement Agreement.  Except as otherwise agreed, each party to bear its own costs and attorney's fees.

DATE:  May 7, 2020

                Respectfully submitted,

                *s/Robert J. Vincze*
                Robert J. Vincze (KS #14101)
                Law Offices of Robert J. Vincze
                PO Box 792, Andover, Kansas 67002
                Phone: 303-204-8207
                Email: vinczelaw@att.net
                *Attorney for Plaintiff Fred Nekouee*

and

FOLAND, WICKENS, ROPER, HOFER & CRAWFORD, P.C.
*s/Kyle N. Roehler*
Kyle N. Roehler
1200 Main Street, Suite 2200
Kansas City, Missouri 64105-2159
Phone: 816-472-7474
Fax: 816-472-6262
Email: kroehler@fwpclaw.com
*Attorneys for Defendant Cosentino Group, Inc.*


MATTEUZZI & BROOKER, P.C.
*s/Michael D. Matteuzzi*
Michael D. Matteuzzi
Julie J. Gibson
10111 W. 105th Street
Overland Park, Kansas 66212
Phone: 913-253-2500
Fax: 913-253-2501
Email: mmatteuzzi@ma2zlaw.com
jgibson@ma2zlaw.com
*Attorneys for Defendant Privitera Realty Holdings, L.L.C.*


**CERTIFICATE OF SERVICE**

    I certify that on May 7, 2020, I electronically filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF system.

                        s/Robert J. Vincze
                        Robert J. Vincze (KS #14101)