UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Case No. 2:19-cv-02773-JAR-JPO |
| | : |
| PRIVITERA REALTY HOLDINGS, L.L.C., | : |
| a Missouri limited liability company; and | : |
| | : |
| COSENTINO GROUP, INC., a Kansas | : |
| corporation; | : |
| | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that Defendant PRIVITERA REALTY HOLDINGS, L.L.C. has reached a settlement with Plaintiff Fred Nekouee. The parties expect to perfect the settlement agreement in the next 21-days.

Respectfully submitted,

s/Robert J. Vincze
Robert J. Vincze (KS #14101)
Law Offices of Robert J. Vincze
PO Box 792 Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

Attorney for Plaintiff Fred Nekouee

## CERTIFICATE OF SERVICE

I certify that on May 11, 2020, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

s/Robert J. Vincze
Robert J. Vincze (KS #14101)